UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BYRON and CAMERON SEWARD | * | CIVIL ACTION |
| | * | |
| | * | NO. 09-4125 |
| VERSUS | * | |
| | * | SECTION: S |
| | * | |
| MARK HAMILTON and | * | |
| LYNN SCHWARZHOFF | * | MAGISTRATE: 1 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENTAL RESPONSE TO "UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE"

MAY IT PLEASE THE COURT:

In responding to the defendants' motion, we stated that the conversation between counsel was held on Friday, February 12, 2010. We were mistaken. The conversation took place on Monday, February 15, 2010.

To the extent opposing counsel believed there was an agreement, that was a simple mistake and no disparagement was intended.

RESPECTFULLY SUBMITTED,

_____
HENRY L. KLEIN (7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN SERVED UPON COUNSEL OF RECORD BY CM/ECF NOTIFICATION AND/OR BY FAX OR BY UNITED STATES MAIL, PROPERLY ADDRESSED WITH POSTAGE PREPAID ON THIS ____ DAY OF _____, 2010.

_____