MINUTE ENTRY
February 19, 2010
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON SEWARD AND CAMERON SEWARD | CIVIL ACTION |
| VERSUS | NO: 09-4125 |
| MARK HAMILTON AND LYNN SCHWARZHOFF | SECTION: "S" |

A pretrial conference was held on February 19, 2010, at 11:30 a.m. with participation of Henry Klein on behalf of plaintiffs, Byron and Cameron Seward, and J. McCaleb Bilbro on behalf of defendants, Mark Hamilton and Lynn Schwarzhoff. The case was settled at the conference. Defendants shall deliver payment to plaintiffs within 30 days from the date of the conference.

JS10(00:18)