# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**LORETTA G. WHYTE**  
**CLERK**

500 POYDRAS STREET, RM C-151  
NEW ORLEANS, LA 70130

July 19, 2011

Henry L. Klein  
Attorney at Law  
844 Baronne St.  
New Orleans, LA 70113-1103

RE:   Civil Action 09-4125  
      Byron and Cameron Seward vs Mark Hamilton and Lynn Schwarzhoff

Dear Mr. Klein:

    Our records reflect that the sum of $250.00, your check number 1631, was deposited into the Registry of the Court on 92/09 in the above numbered case.

    The case has been *closed* and in order to return the deposit, you should file a Motion and Order directing the Clerk to refund that sum to you or your client.

    If you have any questions, please call our office at (504) 589-7785. Your prompt attention to this matter would be appreciated.

Very truly yours,

Diane Gertjejansen  
Financial Assistant

