UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BYRON and CAMERON SEWARD | * | CIVIL ACTION |
| | * | |
| | * | NO. 09-4125 |
| VERSUS | * | |
| | * | SECTION: S |
| | * | |
| MARK HAMILTON and | * | |
| LYNN SCHWARZHOFF | * | MAGISTRATE: 1 |
| | * | |

***********************************

## O R D E R

CONSIDERING the foregoing,

IT IS ORDERED that the Clerk refund the $250 held in the Registry of the Court in this matter to Henry L. Klein.

NEW ORLEANS, LOUISIANA this _____ day of August, 2011.

_____
J U D G E