"Certification of Funds in the Registry"

PRINCIPAL. $ 250.00

Financial Deputy: ___ Date: 8/10/11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 AUG 11 PM 4:50
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BYRON and CAMERON SEWARD | * | CIVIL ACTION |
| | * | |
| | * | NO. 09-4125 |
| VERSUS | * | |
| | * | SECTION: S |
| | * | |
| MARK HAMILTON and | * | |
| LYNN SCHWARZHOFF | * | MAGISTRATE: 1 |

*********************************

O R D E R

CONSIDERING the foregoing,

IT IS ORDERED that the Clerk refund the $250 held in the Registry of the Court in this matter to Henry L. Klein.

NEW ORLEANS, LOUISIANA this 11 day of August, 2011.

_____
JUDGE

___Fee
___Process
_x_Dktd
___CtRmDep
___Doc. No.